IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR GONZALEZ,                       : | |
|             Plaintiff,                           : | CIVIL ACTION NO. 11-4809 |
|                                                     : | |
| v.                                                : | |
|                                                     : | |
| ALLENTOWN POLICE DEPARTMENT,: | |
| and DET. THOMAS A. ANDERSON,  : | |
|             Defendants.                       : | |

# O R D E R

**AND NOW**, this 6th day of August 2012, upon consideration of Defendants' Motion to Dismiss [Doc. No. 21], and Plaintiff's response in opposition [Doc. No. 28], and for the reasons set forth in the attached memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**.  Plaintiff's Complaint is **DISMISSED without prejudice**.  Plaintiff is granted leave to file an Amended Complaint, to address the deficiencies in pleading, within twenty-one (21) days of the date of this Order.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**